STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM THOMAS, PLAINTIFF IN ERROR.

Submitted May 27, 1933—Decided September 27, 1933.

For the defendant in error, *John Drewen.*

For the plaintiff in error, *Archie Elkins.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court, and printed in 11 *N. J. Mis. R.* 157.

*For reversal*—None.